


بِسْمِ اللهِ الرَّحْمَنِ الرحيم وَصَلَّى اللهُ على مُحَمَّدٍ النّبيُّ الكريم

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTICT OF PENNSYLVANIA

2:20-cv-1033

| | |
|---|---|
| The Descendants of the Slaves | ) |
| That were kidnapped from their Native Land | ) |
| And Brought to America to be purchased and | ) |
| Sold to create an economy and a Nation, that their labor | ) |
| Would produce that eventually became | ) |
| The United States of America – | ) |
| Reparation Action Party- R.A.P | ) |
| Lutfee Abdul -Waalee | ) |
| | ) |
| **VS** | ) |
| DONALD TRUMP- CHIEF EXECUTIVE OFFICER | ) |
| UNITED STATES   Senate | ) |
| UNITED STATES House of Representatives | )` |
| UNITED STATES Supreme Court | ) |

**FILED**

JUL 10 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## DECLARATION OF SEPARATION AND COMPENSATION A CLASS ACTION PETITION

Now Comes. The Plaintiff, Al-Hajj-Lutfee Abdul-Waalee-EL-Ibn Mary- Ibn Theodore- Abu-Lutfee, Abu-Mustaafa, Abu Jamilah, Abu-Ena, Abu-Khadijah, Abu-Ameena. An original black man,  a descendent of the ancient tribe of Shabazz, a secured party, holder in due-course, righteous Muslim, free, sovereign, walking in the straight path, student in the classroom of the Almighty God, who's proper name is Allah.

**We Pray to the Almighty God that this document will open the cage and let the Lion out and remove the poison and rusty locks that have kept the World in Darkness for the past six thousand years, Let there be light and there was light.**

Waalee 1

TABLE OF CONTENTS

Section 1: Introduction- THE PLAINTIFF AND THE DEFENDANT ............................. 2

SECTION 2: DECLARATION OF SEPARATION AND COMPENSATION A CLASS ACTION PETITION ........................................................................................... 2

Section 3: FOUNDING FATHERS OR FOUNDING HYPOCRITES ................................. 3

SECTION 4: And he that stealth a man, and Selleth him or if he be found in his hand, he shall surely be put to death – Exodus 21-16. .......................................... 6

Section 5: Goals and Objectives ............................................................................ 6

SECTION 6: My people are Destroyed for the Lack of Knowledge: Hosea 4-6. ....... 9

SECTION 7: "America never was Great and never will be in the true sense of the word, Great'' Proverbs 14-34 ................................................................................ 9

SECTION 8: Lincoln never intended to Free America's Slaves ............................... 11

SECTION 9: Facts ................................................................................................ 12

SECTION 10: Some Might Say ............................................................................. 14

SECTION 11: Conclusion ..................................................................................... 15

Order of the Court .............................................................................................. 17

Thirteen Points of Denunciation ......................................................................... 18

Waalee 2

# SECTION 1: INTRODUCTION- THE PLAINTIFF AND THE DEFENDANT

بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيم وَصَلَّى اللهُ عَلَى مُحَمَّدٍ النَّبِيُّ الْكَرِيم

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

The Descendants of the Slaves                                    )

That were kidnapped from their Native Land                       )

And Brought to America to be purchased and                       )

Sold to create an economy and a Nation, that their labor         )

Would produce that eventually became                             )

The United States of America –                                   )

Reparation Action Party- R.A.P                                   )

Lutfee Abdul -Waalee                                             )

                                                                 )

**VS**                                                           )

DONALD TRUMP- CHIEF EXECUTIVE OFFICER                            )

UNITED STATES  Senate                                            )

UNITED STATES House of Representatives                           )

UNITED STATES Supreme Court                                      )

# SECTION 2: DECLARATION OF SEPARATION AND COMPENSATION A CLASS ACTION PETITION

In light of the Enslavement and cruel treatment of our Ancestors, beginning in the year Fifteen fifty-five (1555) and repeated injustices that persist to this very day.  We the Descendants of America's once slaves do hereby resend, repeal and

refute all claims of citizenship legislated by the congress of the United States of America in the form of the 13th, 14th, and 15th Amendments to the United States Constitution were as citizenship in these united states of America can be purchased on the open market, then it stands to reason that this breach of contract imposed on the former slaves of these United States of America in the guise of the 13th, 14th, and 15th Amendments to the United States constitution can and must be renegotiated with representation and participation in the negotiations by the descendants of America's once slaves for failure to perform the specific Duties that these articles were supposed to uphold.

## SECTION 3: FOUNDING FATHERS OR FOUNDING HYPOCRITES

This enemy must be hit in the cerebral cortex destroying the thinking and idea of white supremacy from the face of the planet earth Just as David hit Goliath in the head with the smooth stone representing the truth. We must expose the so-called founding fathers with the truth of their hypocrisy and cut off the head of the documents that they used to deceive the whole world in general and black people in particular. Will a man rob GOD?

A hypocrite is a person who claims or pretends to have certain beliefs about what is right, but who behaves in a way that disagrees with those beliefs, an example, the men who wanted to be free of tyrannical rule who believed that all men were created equal and that they were endowed by their Creator with certain unalienable rights.  Amongst these are Life, Liberty, and the Pursuit of Happiness.

Now for a slave owner to truly believe those words or ideals and yet own men, women, and Children in a perpetual form of slavery that had no precedence in the annals of human history,  Either they were the worst kind of hypocrites or their perception was distorted to the point where in they could not see black people as true human beings deservant of any civil or humane treatment.  In other words, black people were not created by the same God that created them.

Children of a lesser God.  If that is true, then we cannot rightfully classify these men as hypocrites we can classify them as bigot's racist misogynist and white supremacist.  If that is true, we know that light is the verifier of all truths and without light, no truth could exist.  For without the light there would be no God, for he is the light that manifest all truth.  And if man is created in the image of God (and he is), then it is the mind of man and the potential to obtain and disseminate knowledge and exercise the ability of the God that would reflect His image.  For there is nothing that can exist outside of Him.  For He is the ALL in ALL and His knowledge comprehends everything, the seen and the unseen.  So, what did these men know and when did they know it? Obviously the committee that drafted the Declaration of Independence comprising of John Adams of Massachusetts, Benjamin Franklin of Pennsylvania, Robert R Livingston of New York, Roger Sherman of Connecticut, and Thomas Jefferson of Virginia had an inkling or an idea that Black People where in fact true Human Beings in spite of the condition that their ancestors had put Black People in, based on the deleted passage of the Declaration of Independence,  to King George and the English people it reads as follows

HE has waged cruel war against human nature itself.  Thus, violating its most sacred rights of Life and Liberty in the person of a distant people who never offended him.  Capturing and carrying them into slavery in another hemisphere or to incur miserable death in their transportation thither.  This practical warfare the opprobrium of an infidel Power is the warfare of the Christian king of Great Britain.  He was determined to keep an open market where men should be bought and sold.   He has prostituted his negative for suppressing every legislative attempt to prohibit or restrain this execrable commerce and that this assemblage of horrors might want no fact of distinguished die.   He is now exciting those very people to rise in arms amongst us and to purchase that liberty of which he has deprived them. By murdering the people on whom he obtrudes them, thus paying off former crimes committed against the liberty of one people with crimes which

he urges them to commit against the lives of another.  So, the question is, were these men hypocrites or did they genuinely believe that black people were not human beings?  After centuries of being oppressed and abused by our former slave masters and their children and given second- and third-class citizenship. We have concluded that your perception of black people will never change, whether you or they are hypocrites is a question that you must ask yourselves? However, the only solution to our four hundred and sixty-four-year-old problem is Separation and Compensation. I must say in all honesty these men intensely studied the scriptures to understand why the world they had been born into had so much inequality in wealth, politics, and religion. From their study of the scriptures they came up with a system of governance that was consistent with GODS law of proper human interaction inconsistent with the monarchs who ruled with unchecked authority and a clergy that corrupted the spiritual mental and moral development of the people so they were enlightened with the idea of a three-tier government that would ensure the balance of justice between the people or citizens and the government that they chose. However they being intoxicated with the idea of white supremacy it clouded their perception to the point wherein they could not see at that time (1776) that when you take GODS word and use it for your own selfish ends someday you will have to pay a terrible price. Jefferson's  words "Indeed I tremble for my country when I reflect that GOD is just that His justice cannot sleep forever". Will a man rob GOD? As history teaches us in the case of the so-called founding fathers .Yes, he has, and Yes, he will.

Waalee 6

## SECTION 4: AND HE THAT STEALTH A MAN, AND SELLETH HIM OR IF HE BE FOUND IN HIS HAND, HE SHALL SURELY BE PUT TO DEATH – EXODUS 21-16.

According to the Bible if a man steals a man the penalty is death, reason stands. If a nation steals a nation of people, the same rules apply. Truth be told, Black People, the descendants of slaves, did not come to America as immigrants. An immigrant is a person who voluntarily comes to live permanently in a foreign country. Black People, the descendants of slaves, are not refugees. A refugee is a person who has been forced to leave their country in order to escape war, persecution, or natural disasters. Black People the descendants of slaves do not fit any of those definitions. Therefore, our definition is that we are victims of a people whose only desire was to use and abuse us to keep us ignorant of the knowledge of self and kind. The knowledge of who God is and the knowledge of who they are so when the 18th chapter of Revelations says, "Come Out of Her My People". We understand that my people are us, and her is the nation that the slave masters' children call home, The United States of America.

## SECTION 5: GOALS AND OBJECTIVES

If you don't know your status in a society and you are not aware of the influences that affect your status in that society then your perception would not be congruent with reality, and you are suffering from an illusion. If you believe you are a first-class citizen, of this nation (The United States of America ) yet reality has been consistent for four hundred sixty-four (464) years, that you are not in fact a first-class citizen of this nation evidently you are the victim of a cruel deception. The result of which has clouded and

obstructed your reality to the point where you become disappointed, depressed, and diseased mentally, morally, and spiritually the beginning of the cure or medicine for this disease is the Truth!

The united states government has already confessed to the crimes in House Resolutions 194 and H.R. 1242. The apology and the 400 year reference in H.R. 1242 is proof positive that the 15th chapter of the book of Genesis the 13th verse is specifically referencing the plight that black people in America would have to endure for four hundred years.-(It reads as follows) And He said unto Abram know of a surety that thy seed shall be a stranger in a land that is not theirs, and shall serve them; and they shall afflict them four hundred years. When you plead guilty in a court of law, criminal or civil in most cases there is a plea bargain. In criminal cases there is a prison sentence or probation. In a civil action there is a monetary settlement or restitution however, the arrogance of this government is so great and they think we are such a foolish people that all they have to say is "yes, we did it, we kidnapped and degraded black people to the point of turning them inside out putting black people on a horizontal level of mental and spiritual death". You say "we are sorry" and that is it, Hell No! that is not it. Let us look at the case of Ms., Gloria Williams for example she kidnapped a baby from a Jacksonville, Florida hospital in 1998. The case was solved 18 years later in 2016. Ms. Williams raised the child as her own, and of course the child did not know she was kidnapped. The woman treated the child with love and care all her life, however she pleaded guilty to the crime and was sentenced to 18 years in prison, a year for every year she kept the child in her care. Eighteen years of loving treatment, but, still

a crime had been committed. America has shown us nothing but hate and cruel treatment for four-hundred and sixty-four years. What is a just punishment for that crime?

The 13th Amendment to the United States Constitution was a scheme from the very beginning. It was conceived and birthed with ill-concealed contempt they wanted to punish their brothers in the south for their desire to succeed

Waalee 8

from the Union.  But, as Kanye West said, "the 13the amendment was and is a trap door.   So, for twelve years it appeared that they were going to give Black people a square deal in your so-called republic, however, the Compromise of 1877 opened the trap door for your criminal injustice system to put your brother in the south back in the driver's seat thereby  bringing in a Jim Crow system that literally put black people in a new form of slavery, which exist to this very day adding insult to injury with the passage of the supreme court decision of 1896 Plessy vs Ferguson they sealed the coffin shut on any hope of liberation and with the passage of the supreme court decision of 1954 Brown vs the Board of Education of Topeka that decision only took a few nails out the coffin, however we were literally left buried in the grave of indifference. The Civil rights act and the Voting rights act of 1964 and 1965 were no more than a deceptive ploy to pacify black people into believing that true freedom was within sight not realizing that an act in and of itself is not what produces positive results It is action of sincerity true action coming from Allah and His Messiah that will give black people true freedom and salvation from the vises of Satan and his world of deception . Huey P. Newton, Bobby Seale, and Elbert Howard had an idea with the forming of the Black Panther Party for self-defense in 1966 that the bullet was the answer to our four hundred year old problem .These men that organized this movement believing that the bullet indeed was the way black people would be liberated once and for all , but history has taught us that was not the answer. As a result of their actions many were slaughtered (murdered) and many were put in prison on trumped up charges becoming Americas political prisoners one in particular is Imam Jamil Al-Amin formerly H. Rap Brown . This man has been lingering in prison for twenty years for a crime another man has confessed to. We demand that this man be freed, or at least given a new trial and all other political prisoners released expeditiously. In 2008 it appeared as if the ballot was the answer when this nation elected  Barack Hussein Obama President of the United States. For eight years a Black family occupied the White House. What did black people get

from that demonstration of so-called democracy? Absolutely nothing. Bro.
Malcolm X. presented a question in a speech titled the ballot or the bullet in 1964.
History has been replete to answer that question, nether one of these actions has
given black people salvation and justice from our four-hundred and sixty-four-
year-old enemy. The suffering, pain, and injustices black people have received by
the hands and minds of Caucasian people for four-hundred and sixty-four years is
an absolute abomination of true justice.   Almighty God has chosen us to be the
representatives of his divine word (breath).  For the only solution to our 464-year-
old problem is "Separation and Compensation".

## SECTION 6: MY PEOPLE ARE DESTROYED FOR THE LACK OF KNOWLEDGE: HOSEA 4-6.

It is inevitable that Justice must prevail the balance of which is in the hands
of the Almighty for it is He that will exercise his power and put that power in the
hands of the victims of that injustice and bring balance and Justice to the victims.
So, the black man and woman must come together on common grounds and
unite and understand that Separation and Compensation is the key that will
unlock the mental slavery that keeps us interwoven into this ungodly nation and
its people.  Mr. Trump is a businessman and of all the 44 Presidents that preceded
him he is best to understand that it is better to have 50 percent of something
than 100 percent of nothing.

## SECTION 7: "AMERICA NEVER WAS GREAT AND NEVER WILL BE IN THE TRUE SENSE OF THE WORD, GREAT" PROVERBS 14-34

Righteousness exalts a Nation, but sin is a reproach to any people . Holy Quran
Surah 40 Ayat 56 -Those who dispute about the messages of Allah without any
authority having come to them, there is naught in their breast but (a desire) to

become great, which they will never attain. So, seek refuge in Allah, surely, He is the hearing, the seeing.

Dr. Martin Luther King Jr. put it like this fifty-six years ago at the march on Washington DC in 1963. His speech is termed, "The I Have a Dream Speech", however, that was not the true message he wanted to shed light on. The real message was hijacked by the words he spoke concerning a dream he had, and they were beautiful words, so the enemy jumped on those beautiful words to take light from the true message he wanted to convey. The late Queen of Soul, Aretha Franklin sang a song called, "Day Dreaming" but 99 out of 100 times when you are dreaming you are asleep and that's just what our 464-year-old enemy wants black people to do, keep sleeping and dreaming, because you will never get Justice in this house The United States of America . Dr King's main subject was about a "Promissory Note" that came back insufficient. It was a bad check 56 years ago and it is still a bad check today. John Kennedy occupied the White House in 1963 and Donald Trump resides their today. The names have changed but the dishonorable policies remain the same. The main ingredient to reparations is to tell the truth then act to correct the wrongs. The legal term that is used in a court of law is Allocution. This process takes place right before sentencing. The 15th chapter of Genesis, 14th verse, God says, "*I will judge that Nation*". The judgement has and is taking place right now with the presentation of this document. The scripture said, "Babylon could have been saved, (if they had done the right thing), but they did not.

Think about Pharaoh and the decision he made; he could have saved his people a lot of pain and suffering, but he did not. If he would have just let God's people, go, and not pursued them to kill them. But his arrogant and his haughty nature would not let him do the right thing allocate and compensate us and we will leave. Those of us that want to leave. After all, all the historic Children of Israel did not leave with Moses and Aaron. Some went down with the slave

master, take heed to the words of Thomas Jefferson, " Indeed I Tremble for my country, knowing that God is just, and his Justice will not sleep forever'. Righteousness and greatness are words that interchange with each other. In order to be Great, you must be righteous, righteous people are not liars, thieves, and murderers. Research the real history of how your ancestors acquired this land.

## SECTION 8: Lincoln never intended to Free America's Slaves

If actions are judged by intentions, Mr. Abraham Lincoln's intentions were never as a moral issue to free black men and women from Servitude to his southern brothers. The Emancipation Proclamation issued on Sept 22, 1862 was an executive order that only freed slaves in the states that were in rebellion against the Union in States such as Delaware. The slaves were not freed and the states in rebellion were Given until January 1st, 1863 to come back into the Union and they could keep their slaves; but none of the Confederate states accepted his offer, so the war continued. One of the biggest and boldest lies ever told about history is that the American Civil War was fought for the south to protect the institution of slavery. The war started because the southern states who had grown rich and prosperous because of slavery wanted to form their own nation, separate from the union, which was formed in 1776 with the 13 colonies. Slavery was not the real issue; it was a byproduct of the real issue because the North knew how much the South loved their institution of slavery. Prior to the beginning of the war a man named Corwin with the support Lincoln, introduced in the house, the Corwin Amendment of 1861 to the U.S. Constitution, which would have been the original 13th Amendment. It was a last-ditch effort by the northern states to prevent a war and make it official that we do not care, nor do we care to interfere with your institution of slavery or your relationship with your niggers. The Corwin Amendment reads as follows; "No amendment shall be made to the Constitution which will authorize or give congress power to abolish or interfere,

within any state, with domestic institutions thereof including that of persons held to labor or service by laws of said state''.  The Corwin amendment won two-thirds support in both the house and senate in early 1861.  Ohio was the first state to ratify the amendment and Maryland and Illinois followed suit, but, the onset of the civil conflict interrupted the states ratification of the amendment. Had it been ratified, the Corwin Amendment would have become the 13th amendment, forever protecting slavery instead of abolishing it.

# SECTION 9: FACTS

1. The Corwin amendment was a proposal and compromise by the union to let the

states who wanted to separate from the union know that we do not give a damn about the institutions of slavery or your slaves, and as far as we are concerned this thing can go on forever.

2. The Emancipation Proclamation was not a moral issue on behalf of Lincoln believing

Slavery was immoral or wrong.  He did it as a strategy of war to conjure his brothers back into the union.

3. The Emancipation proclamation was a way for Lincoln to seemingly turn the war into a moral issue to keep any of the European powers from entering the war on the side of the Confederacy.

4. To encourage black men to fight on the side of the union.

5. The preservation of the Union was Lincoln's greatest desire.

6. Lincoln's belief was that of the two races, black and white, one was superior, and one was inferior, and he believed the white race was the superior.  That would make Lincoln as well as Washington and Jefferson white supremacist.

7. If a people will not treat a people right, it stands to reason that they will not teach a people right.

8. On December 6, 1865, the 13th Amendment was ratified by the required number of states, it reads as follow- section 1;  "Neither slavery nor involuntary servitude, except as a punishment for a crime whereof the party shall have been duly convicted, shall exist within the United States or any place subject to their jurisdiction."

9. These amendments 13th, 14th, and 15th are the meat and gravy of why Dr. Martin Luther King Jr. said in 1963, "that we as black people were given a promissory note that came back as insufficient funds".

In other words, the contracts that were presented in 1865, 1868 and 1870 in the guise of the 13th, 14th, and 15th amendments were never intended to be fully enforced by the U.S. government and the citizens of that state or government. The key word is citizens.  In March of 1857, the U.S. Supreme Court, led by Chief Justice Roger B. Taney in the Dred Scott case declared that all blacks' slaves as well as free black people were not and could never become citizens of the United States. Does a candid world in the year 2019 believe that the attitude and disposition of the government of the U.S. had changed so radically in 1868 eleven years after the decision of the highest court in the land that they perceived black people not only as human beings, but as first-class citizens of their nation. Emphatically no black people, the descendants of slaves in the year 2019 are witnesses to the fact that after one hundred and fifty-four years from the ratification of the 14th amendment to the U.S. Constitution we are at best third- and fourth-class citizens.  The definition of which is an oxymoron, a free slave that was the terminology used to describe our ancestors in 1865 and is the attitude and treatment used today, although the word itself is not used.   The time has come for us to separate from these United States of America, which has never intended for black people to have freedom, justice, and equality amongst them.

You never liked us as a people, so it is in the best interest of both of us that we have Separation and Compensation.

## SECTION 10: SOME MIGHT SAY

If we repeal the 13th, 14th, and 15th amendments to the U.S. Constitution, that act would land black people back into lawful slavery or servitude. The fact is it was never lawful or legal to put a kidnapped people into lawful slavery or servitude. That act of kidnapping violates GOD'S law as well as mans.  In the Bible it clearly states that it is death to the kidnapper and death to the party found in possession of the kidnapped reviewing Jefferson's words in the deleted section of the Declaration of Independence to the King of England and the English people.  You have waged a cruel war against human nature itself, violating its most sacred rights of life and liberty in the person of a distant people who never offended him, captivating and carrying them into slavery in another hemisphere or to incur miserable death in their transportation thither.

If a man kidnapped a woman or a young girl and kept her hostage for several years and in the process, he raped her and produced children through her. Eventually he was caught and arrested for the crimes and he wins the case on a technicality.  Can he now sue for parental rights of the children of his un-godly actions legally or morally?  Ezekiel 18-2 The fathers have eaten sour grapes and the children's teeth are set on edge (No you are not responsible for the actions of your fathers, but you are the sole beneficiaries of your fathers' injustices. So, you have the responsibility to set the record straight and acknowledge the wrongs of your fathers, and work to correct the injustices, or you will otherwise become equally guilty) This is a question of life and death for a nation.  The one true and living GOD has said " As I Live" the Lord GOD, you shall no longer use this proverb in Israel 4.  "Behold all souls are mine, the soul of the father as well as the soul of the son is mines.  The soul who sins shall die.  Nowhere in history or scripture has GOD instructed an oppressed people to join onto their oppressors it is only natural that the two can never get along in peace based on the circumstances of

their coming together as in the war for your independence. The U.S. of America, your origin or your beginning was an idea that the European powers saw a land and a people that occupied that land could be conquered with very little effort with the use of their superior weapons and their desire for riches and gold. Your ancestors surreptitiously came on the shores of this continent building settlements which eventually became cities and states or colonies. This was your conception and birth; but when you grew into adulthood you wanted to be treated as an adult, so you presented your petition for independence. The parent did not agree with you, so you went to war to win your independence. So, it is with us, we as a people did not see or understand our self-worth because we were reduced to the level of common farm animals. That is why we are classified in your constitution as three fifths of a human being All though many decades have past and we have made some progress we still suffer from the plantation ghost that still haunts our very souls. We are described in the scripture as the prophetic children of Israel, your ancestors wanted to keep our people on the level of children and just as the historic children of Israel had to be separated from Pharaoh and his nation, we must be separated from you.

## SECTION 12: CONCLUSION

We know what you are thinking. If we are such a demonic and satanic people and history as this document has pointed out is true. Our ancestors went to war and fought for our independence, and we have waged war all over the planet. Are your people going to declare war on us if we do not honor your demands? Well sir, not only did Elijah Muhammad tell us who you are, but, Jesus in the 8th chapter of John verse 44 told us who you are it reads as follows <u>You are of your father the devil and the desires of your father you want to do. He was a murderer from the beginning and does not stand in the truth, because there is no truth in him. When he speaks a lie, he speaks from his own resources, for he is a liar and the father of it</u>. We do not expect you to honor anything you say. That is your history and we are not angry with you about that. We understand what

Waalee 16

must take place, but what you do not understand about this petition is it is a two-front war.   The Prophet Muhammad of Arabia said (May Allah's peace be upon him), "that the greatest war(jihad) a human being will have to fight is against the evil of self".   So, our real battle is against the nigger and the negro you turned us into.  You do not have to worry about us taking up arms against you, however, if you attack us, we will fight you to the death.  Dr King at first thought that by being non-violent, he could appeal to your moral consciousness, but he concluded that "you have neither morals nor a conscience".   We know about your weapons of mass destruction and we know your desire to use them.  Our weapons of mass destruction are the Truth, the book said, "know ye the truth and the truth will make you free".   So, we want to be free of you and your idea of white supremacy, however, as we said this war has two very distinct fronts your battle is not against us pre-say your battle is against GOD Almighty.  The God of Righteousness vs the god of evil, which one will survive the war of Armageddon?

<u>Holy Quran Surah 14 Ayat 22</u>

"And Satan will say when the matter is decided; It was Allah Who gave you a promise of truth. I too promised but failed in my promised to you. I had no authority over you except to call you, but ye listened to me; then reproach not me but reproach your own souls.  I cannot listen to your cries; nor can ye listen to mine.  I reject your former act in associating me with Allah.  For wrongdoers there must be A Grievous Penalty."

*Lutfee Abdul-Waalee*
*July 10, 2020*

Waalee 17

## ORDER OF THE COURT

This day the first day of----------------- this court has concluded that because of the injustices committed beginning in the year 1555 against the ancestors of *the people who reside in these United States of America*. The suffering and pain endured for the past four hundred and sixty-four years. Compensatory damages in the amount of twenty-five million dollars in lawful money will be paid to each descendant of the slaves on whose back the U.S.A ascended to become the wealthiest nation in the past six thousand years.

Also, we resolve that the 13th 14th, and 15th amendments to the U.S. Constitution are null and void and the third-class citizenship that was imposed on the so-called freed slaves was not done in good faith and with malice made a bad situation worse by imposing a crueler form of slavery called Jim Crow.   A person is made to believe that you are first class citizen of a nation, but reality reflexes that you are not a citizen subjecting a people to suffer injustices for another one hundred and fifty-three years.  The disbursement of the punitive damages will be negotiated and enforced with the legal department of the reparation action party. Where in transportation and designation of lands set aside in North America for the establishment of a separate territory or nation for the descendants of America's ex-slaves will be negotiated and enforced.

Signed under the seal

Of this Court and the

Seal of the United States of America

Proverbs 14-34

Waalee 18

## THIRTEEN POINTS OF DENUNCIATION

1. In the year 1555, a man by the name of John Hawkins departed the continent of Africa in a ship called Jesus with the first cargo load of *men and women kidnapped and lied to believing they would receive gold for their labor.*

2. They did not receive gold and the trader disappeared and there was no one that could speak their language.

3. They wanted to go back to their own country, but they could not swim nine thousand miles.

4. They were put in chains and inflicted with the cruelest form of enslavement ever forced upon any human beings ever known in the annals of history.

5. This cruel and inhumane institution persisted for three hundred and ten years with the ratification of the 13th amendment on December 6, 1865.

6. On July 9, 1868 the 14th amendment to the Constitution section 1 stated: All persons born or naturalized in the U.S. and subject to the jurisdiction there of, are citizens of the U.S. and of the state where they reside.

7. On February 3, 1870 the 15th amendment to the Constitution guaranteed black suffrage(vote).

8. The Compromise of 1877 affectively dealt a death blow to the 13th, 14th, and 15th amendments, by putting black people back into a new form of slavery that persists to this very day adding another one hundred and fifty-four years of cruel and unusual punishment. (Furman v, Georgia,408.238(1972}

Waalee 19

9. With the election of Mr. Trump as your president and his statement that "black people" did not have anything to lose.   If you do not have anything to lose, then you evidently have nothing.   This man's perception of black people is that they have no intrinsic value and he reflects what the majority of white America feels about black people. Nowhere in history or scripture has God told an oppressed people to join onto their oppressors.   The time has come for us to part company on equitable terms separation and compensation.

10. Black people were brought to America to be the bearer of your burdens and the footstool of your desires.  God permitted it and we acquiesced to his order for the time that the scriptures said we would (Genesis 15:13).  Four hundred years is a long time to be under the feet of a cruel and unjust people, generation after generation.  We have suffered in the furnace of affliction (America). Now God has released us from our burdens and opened our eyes to the reality of who we are and who you are as the process of our liberation is now taking place (Isiah 48:10).

11. After the passage and signing of the Civil Rights act of 1964 and the Voting Rights Act of 1965, then President Lyndon B Johnson traveling on Air Force One, as the plane was descending into the Washington DC Airport, made a statement to his staff, "this legislation will have the niggers voting democrat for the next sixty years.  Was he right?  It is time for black people to wake up.

12. All mighty God did not create or make negros, niggers, darkies, coons, afro, or African Americans, to be used as names for his people.  Names that identified European conquerors and explorers we are not Africans our ancestors did not call our native land that,

and we are not Americans, you have proved that to us for 464 years. The native people did not call their land America.   The naming of the Americas or America occurred shortly after Christopher Columbus voyage to the west in 1492.   It is generally accepted that the name derives from Amerigo Vespucci, the Italian explorer, who came to the new continent in the following years.  The God complex of the white man lead him to believe that wherever he went when he left Europe, he could name the land and the people regardless of what they called themselves and their land.  They gave black people names to identify them as their property.  We are not your property and our desire is to give you back your names and leave the land you stole from the native peoples.

13. We thank you America for your apology and your recognition of the pain and suffering you have inflicted on a nation of people for 464 years.  Your documents state that the first cargo load of slaves arrived in Point Comfort, Virginia in 1619.  However, there was a sixty-four-year period that you did not disclose in your article.  The sixty-four-year period are the most critical years of our enslavement. Critical, because had not what happened in those years, your ancestors could have never been successful in their effort to clear the wilderness and build settlements and grow at the rapid rate that they did.   Not only did they need a strong labor force, but they needed a people whose minds and very souls had been imprisoned, by instinct to do their bidding.  The process they used to make a people to fit that category as gruesome as it was, the truth of it must be told for us as a people to begin the healing process.

The wicked social scientist of that day had knowledge of grafting and breeding different kinds of animals and plants for a desired result.   What if we can graft a people for our specific

purpose and put in them characteristics that are unlike any people that ever lived?  When the man john Hawkins delivered the first cargo load of human beings to the shores of the Caribbean islands where your ancestors had killed off a large portion of the male native inhabitants.  They had built plantations that were producing goods, but they needed a labor force to clear the land and work the fields on the mainland in North America.  The process started with Caucasian men raping and impregnating the female population, producing children that were native to the land, yet foreign.  They did not look on the children of these ungodly relationships as their own, because they had enslaved the people and children of a slave mother is also a slave(property).  They needed a strong people to crossbreed with the native population they had produced.  This diabolical experiment was to make a people that would be so docile and ignorant, that their humanity would be stripped to a point where they would be classified as sub-human or less than that.  How was this process started?  The process started with separation, separating the babies from the mothers by placing them on other plantations called breeding plantations.  The caretakers had no emotional ties to the babies who were herded together like litters of puppies.  The wet nurses that weaned the babies were themselves raped and abused all their lives so they could not offer the children any loving or comforting support.  The instruments that were used was fear and diet.  The climate was rooted in brutality and murder and the food was of the lowest grade.  The children were fed out of the pig troughs were in the strongest would survive.  When the female children ages 12, 13, or 14 reached the age of puberty or reproduction they were impregnated either by the slave master or some buck he had selected to produce the ideal specimen he was

hoping to produce. In the breeding process, you have what is called inbreeding, outbreeding, line breeding, and cross breeding, so if a young girl thirteen years old had a baby, as the slave master's demanded, the male child she gave birth to would be bred back to his mother when he reached the age of puberty. This is called inbreeding. Outbreeding or out-crossing means the crossing between different breeds. Linebreeding is the selective breeding of animals for a desired feature by mating within a closely related line. So, the slave masters and their social scientist knew that we were from different tribes and nations. The objective of this wicked social experiment was to produce a people unlike any people that had ever walked the face of the earth. The fathers were mated with their daughters, brothers and sisters were mated together. Mothers were made to produce children with their own sons, and labeled derogatory names like little bastards, coons, little suckers, and motherfuckers. They did everything they could to degrade and demoralize the slaves to produce a downtrodden people that would be reduce to common farm animals including pedophilia, molestation, prostitution, and homosexuality. This stripped them of any sense of moral consciousness and was bred into our ancestors for 64 years. From 1555 to 1619, the result of this evil social experiment was a negro and a nigger, and to this day we as a people are suffering from ills that were passed down through our genes. That is why we are so quick to beat and kill one another today because of the self-hatred that rules our sub-conscious mind is still being channeled by institutions of white supremacy.

When your enemies write your history, what is the results? A misguided and misinformed people who would not and could not see themselves in the light that the Almighty God intended for them to

be.  A senator from the state of South Carolina said on the floor of Congress, "we have been successful in eliminating any light from entering the minds of our slaves.  Proverbs: 14-34, Righteousness exalts a nation, but sins are a reproach to any people.  God's judgement is upon America and for the next ten years.  As the nine plagues of Egypt persuaded Pharaoh to let the historic children of Israel go. You will be persuaded to let us; the prophetic children of Israel go.  Separation and Compensation.

What they did to black people and the native people who resided here was ungodly, unholy, and downright unnatural.  Only a real devil could treat human beings so horrendously.  How many treaties did they make with the native people and how many did they break? Every one of them.  Now it is in your heart to exterminate us like you tried to do to them.  They realized who you were in the end after you had decimated their people and stolen all their land, they said this pale man speaks with a fork tongue.  Well, we know the animals that have a forked tongue are reptilians, which includes snakes. Thessalonians 2:34 read as follows; Let no man deceive you by any means:  For that day shall not come except there comes a falling away first and the man of sin be revealed, the son of perdition who opposed and exalted himself above all that is called God, or that is worshipped; so that he as God sitteth in the temple of God(earth) showing himself that he is God.  The Most Honorable Elijah Muhammad's teacher told him who you were in 1931 and he told us and you, who you are.  Is there redemption for you?  Only the Lord God almighty knows the answer to that question.  We in no way Are implying that this wicked experiment ended in 1619, as a matter of fact, it was intensified with the opening of new colonies and lands. Even to this very day your wicked scientist are in laboratories

manufacturing and experimenting with drugs and chemicals that you hope you can use someday to annihilate us from the face of the earth.   I must say in reference to evil and the evil that men and women do.  All human beings have the potential within themselves to do evil as well as good regardless of race, sex, or national origin. In the 18th chapter of the book of Ezekiel verses 4-9 says, (4) Behold all souls are mine, the souls of the father as well as the soul of the son are mine.  The soul who sins shall die.  (5)  But if a man is just and does what is lawful and right.  (6)  If he has not eaten on the mountains nor lifted his eyes to idols of the house of Israel.  Nor defiled his neighbor's wife.  Nor approached a woman during her impurity.   (7)  If he has not oppressed anyone but has restored to the debtor his pledge; has not robbed no one by violence but has given bread to the hungry and covered the naked with clothing.   (8)  If he has not executed usury nor taken any increase but has withdrawn his hand from iniquity and executed true judgement between man and man.  (9)  If he has walked in my statutes and kept my judgements faithfully, he is just; he shall surely live! Says the Lord God.

So, if you wear a. size twelve shoe and the shoe this document is talking about is a size thirteen, then do not get offended.  Evidently, the shoe does not fit you.  A corporation is considered in legal terms to be a person and the United States of America is a corporation and that person wears a size thirteen shoe, the evidence is plain beyond a shadow of a doubt.  Thirteen is not your lucky number America.  You started with thirteen and thirteen will be your end if you do not let God's people go.   Who was your president in 1955?  Now count thirteen starting with Ike.  So why are we at this point in this period of time (2019)?  As Bro Malcolm X said, "We did not come here on

the Nina, the Pinta, or the Santa Maria. We didn't land on Plymouth Rock, Plymouth Rock landed on us 'and  It knocked out our brains, so we needed a master surgeon to repair the damage. The master surgeon appeared in the city of Detroit, Michigan in the year 1930. He met a man named Elijah in 1931 and for forty months he repaired the damage and raised the man from a state of mental and spiritual death.   For forty years, that man Elijah went to work from 1935-1975 raising the dead and repairing the damages that were done to our people.   However, the damages were so great, and we were so disfigured, the man Elijah had to go back to his teacher in 1975. So, for thirty months we as a people went back in the grave of ignorance. For three days, we laid in the tomb dead.   But, the spirit of the righteousness dwelled among us in the person of W.D. Muhammad and as the scriptures says Jesus had risen on the third day, 1977 to begin and complete the works of the master and Elijah and for forty-two years this man Farrakhan has been on his post. This document is a testimony to the works of the one who came and the two that were raised and the millions that they raised. Let there be light and there was light.

In conclusion to the 13 points, there are three words that are seared into the subconscious minds and genes of black people in America, the descendants of slaves and they act as a trigger from generation to generation to keep black people in a state of **FLUX**.

1. Cotton Pickers – On the slave plantation system or hierarchy the field nigger was in the lowest depths of slave life.  The cotton pickers were looked down upon by the house and yard niggers. They were the lowest of the low.  They are today, called ghetto dwellers or hood rats.

2. <u>Motherfucker</u> – This word has a negative affect and impression on our hearts and subconscious minds because it reminds us of the incest that we were forced to engage in, in the process of turning us inside out.  It is strange how we are so quick to use that word.

3. <u>Jesus</u> – The name of the ship that brought the first of our ancestors to this horrible place and condition. They prayed, that ship would someday come and take them back home. Little did they know that it would take three hundred and seventy-five years 1930 before the deliverer would arrive the Son of man to start the process of deliverance Isaiah 49:24 Shall the prey be taken from the mighty or the lawful captive delivered?49:25 But thus said the lord, Even the captives of the mighty shall be taken away ,the prey of the terrible shall be delivered: for I will contend with him that contends with you and I will save your children. 49:26 And I will feed them that oppress you with their own flesh; and they shall be drunken with their own blood, as with sweet wine: and all flesh shall know that I the LORD am your SAVIOR and your REDEEMER, the MIGHTY ONE of Jacob.

Luttee Abdul-Waalee
July 10, 2020